IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00436-RM-NRN

MEDNOW CLINICS, LLC,

Plaintiff,

v.

SPECTRUM HEALTH SYSTEM,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the Notice of Settlement (Docket No. 24), it is hereby ORDERED that the parties shall submit their dismissal papers on or before September 10, 2018.

Date: August 20, 2018