IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Case No. 18-cv-00436-RM-NRN

MEDNOW CLINICS, LLC,

    Plaintiff,

v.

SPECTRUM HEALTH SYSTEM,

    Defendants.

_____

**ORDER REGARDING DISMISSAL WITHOUT PREJUDICE**
_____

    Pursuant to the parties' Stipulation for Dismissal Without Prejudice (ECF No. 26) and Rule 41(a) of the Rules of Civil Procedure, this action is hereby dismissed without prejudice. Each party is responsible for its own attorneys' fees and costs.

    The Clerk is instructed to CLOSE this case.

    **SO ORDERED.**

    Dated this 23rd day of August, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge